JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHON BRIGANTI-ORTIZ,<br><br>Plaintiff/s,<br><br>v.<br><br>OPENROAD LENDING, LLC ET AL,<br><br>Defendant/s. | Case No.: 2:24-cv-01123-MRA (JCx)<br><br>**ORDER STAYING ACTION PENDING FINAL SETTLEMENT AND FILING OF DISMISSAL, REMOVING CASE FROM ACTIVE CASELOAD** |

Having been advised by counsel in the above-entitled case that "[t]he parties recently reached a settlement in principle, fully resolving this matter with respect to all defendants, and anticipate executing a final settlement agreement in the coming weeks," (Dkt. 21, Stipulation), the Court hereby orders all proceedings in the case stayed and taken off calendar, thereby removing this case from the Court's active caseload. The

parties shall file a Stipulation of Dismissal within 60 days (the "Dismissal Date") of this order. If no dismissal is filed, the Court deems the matter dismissed at that time.

The Court retains jurisdiction for 60 days to vacate this order and reopen the case upon a written showing of good cause that the settlement has not been completed.

Any outstanding Orders to Show Cause are discharged. The Stipulation to extend time to answer (ECF 21) is denied as moot.

**IT IS SO ORDERED.**

Dated: May 10, 2024

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE