Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHON BRIGANTI-ORTIZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OPENROAD LENDING, LLC, *et al.*,<br><br>Defendants. | Case No.: 2:24-cv-01123-MRA-JC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO CLASS CLAIMS** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter with prejudice as to his individual claims and without prejudice as to the class claims. Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not

required under Rule 23 of the Federal Rules of Civil Procedure. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 6th Day of June, 2024.

By:   s/Todd M. Friedman
      Todd M. Friedman, Esq.
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

Filed electronically on this 6th Day of June, 2024, with:

United States District Court CM/ECF system

Notification sent via the ECF system to all interested parties on:

This 6th Day of June, 2024.

By: <u>s/Todd M. Friedman</u>
    Todd M. Friedman